IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL JOHN CHRISTMANN,<br>315 S. 4th Street, Apt. 2<br>Brooklyn, NY 11211<br><br>*Plaintiff,*<br><br>v.<br><br>OFFICE OF THE ATTORNEY GENERAL<br>FOR THE DISTRICT OF COLUMBIA,<br>400 6th Street, NW<br>Washington, D.C. 20001<br><br>*Defendant.* | 22-cv-2189 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Office of the Attorney General for the District of Columbia (OAG) removes the above-captioned case to this Court under 28 U.S.C. § 1441, *et seq*. In support of the removal, OAG states as follows:

1.	On February 24, 2022, Plaintiff Daniel Christmann commenced an action in the Superior Court of the District of Columbia, Civil Division, entitled *Daniel Christmann v. Muriel Bowser, in her Official Capacity as Mayor of the District of Columbia*, Case Action No. 2022 CA 000881 B.  *See* Compl.

2.	Mayor Bowser moved to dismiss the Complaint on May 9, 2022.  *See* Super. Ct. Dkt.

3.	On May 27, 2022, the Superior Court granted Christmann 14 days to amend his complaint.  *See* Super. Ct. Dkt.

4. Christmann filed an Amended Complaint on July 11, 2022, naming OAG as the defendant, and asserting constitutional claims against OAG. That same day, the Court deemed the Amended Complaint filed and ordered OAG to file its response within 14 days. *See* 7/11/2022 Super. Ct. Order at 2.

5. OAG now removes this action to this Court under 28 U.S.C. § 1441(a).

6. Christmann alleges OAG violated his rights under the First and Fourth Amendment of the United States Constitution, made actionable by 42 U.S.C. § 1983, for negligence per se under the First Amendment Assemblies Act, and for false arrest/false imprisonment.

7. Removal is proper because this civil action contains claims grounded in federal law which gives this Court original jurisdiction over the action under 28 U.S.C. § 1331. *See* Am. Compl.

8. On July 11, 2022, OAG received a summons and copy of Christmann's Amended Complaint.

9. This Notice is timely filed under 28 U.S.C. § 1446 because the removal is sought not more than 30 days after OAG was served or otherwise made aware of this action against it.

10. Copies of all documents from the Superior Court for the District of Columbia are attached hereto as Exhibit 1.

11. A printout of the docket from the Superior Court for the District of Columbia is attached hereto as Exhibit 2.

12. OAG believes it has satisfied all requirements for removal of this action to this Court.

For the foregoing reasons, OAG asks that this action be accepted for removal to the United States District Court for the District of Columbia.

Dated: July 25, 2022

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division


/s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I


/s/ Jessica Krupke
JESSICA KRUPKE
D.C. Bar No. 1019967
Assistant Attorney General
Office of the Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 727-2125
Email: jessica.krupke@dc.gov

*Counsel for Defendant Office of the Attorney General for the District of Columbia*


Copy to:

Daniel John Christmann
315 S. 4th Street, Apt. 2
Brooklyn, NY 11211